## ANNA M. ANGRESANI, Appellant, v. JAMES TOZZI, Respondent.

*Contract — services — verdict — action to recover on alleged contract for services — compromise verdict — immoral consideration.*

Angresani v. Tozzi, 217 App. Div. 642, affirmed.

(Argued April 5, 1927; decided May 3, 1927.)

APPEAL from a judgment, entered September 7, 1926, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover the sum of $8,500 alleged to be due plaintiff for services as housekeeper for defendant for a term of four years and six months, it being alleged that defendant had agreed to pay for such services the sum of $150 per month. The jury awarded plaintiff a verdict of $2,500. The Appellate Division held that the verdict was clearly a compromise and could not be sustained. Furthermore, it appeared from the evidence that any agreement between the parties was founded upon an immoral consideration and could not be enforced.

*Andrew Byrne, Leonard F. Fish* and *Thomas J. O' Neill* for appellant.

*Irving Weinstein* and *Henry Silverman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.